COHN, Respondent, v. CATSKILL MOUNTAIN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Emma Cohn against the Catskill Mountain Railway Company. W. S. Maddox, for appellant. H. Gottlieb, for respondent.

PER CURIAM. Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $1,500, in which event judgment, as so modified, and order, affirmed, without costs. Settle order on notice. See, also, 126 App. Div. 914, 110 N. Y. Supp. 1125.

McLAUGHLIN and SCOTT, JJ., dissent and vote for reversal.

COLE, Respondent, v. TOZER, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Mabel Cole against John Tozer. No opinion. Judgment unanimously affirmed, with costs.

COLLINS v. BECKER. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Luke J. Collins against Joseph A. Becker. No opinion. Motion denied.

COLLINS, Respondent, v. FERGUSON CONTRACTING CO., Appellant, et al. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Mary Collins, individually and as executrix, etc., against the Ferguson Contracting Company and the State of New York. No opinion. Judgment unanimously affirmed, with costs.

COLWELL, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Action by Victoria M. Colwell, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

COMMISSIONER OF PUBLIC CHARITIES OF CITY OF NEW YORK, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by the Commissioner of Public Charities of the City of New York, etc., on complaint of Sadie Marshall, against Elmer J. Smith. No opinion. Order of the Court of Special Sessions affirmed, with costs.

COMMONWEALTH MORTGAGE CO. v. DE WALTOFF. FLATOW v. JEFFERSON BANK. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Actions by the Commonwealth Mortgage Company against Samuel A. De Waltoff, and by Rosalie Flatow, as administratrix, against the Jefferson Bank. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 119 N. Y. Supp. 781, 860.

COMORA, Appellant, v. PEARLBERG, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Max Comora against Morris Pearlberg. No opinion. Judgment and orders of the Municipal Court affirmed, with costs.

CONCRETE STEEL & TILE CO., Appellant, v. GREEN, Respondent. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by the Concrete Steel & Tile Company against Samuel Green. C. A. Riegelman, for appellant. A. Rosenthal, for respondent. No opinion. Order (65 Misc. Rep. 210, 121 N. Y. Supp. 237), affirmed, with $10 costs and disbursements. Order filed.

CONDON, Respondent, v. NEW ROCHELLE WATER CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Martin J. Condon against the New Rochelle Water Company. No opinion. Judgment (116 N. Y. Supp. 142), in so far as appealed from, affirmed, with costs. See, also, 119 N. Y. Supp. 1121.

CONEY ISLAND ASSOCIATES v. TEALE et al. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by the Coney Island Associates against Charles E. Teale, as public administrator, etc., and Walter E. Warner. No opinion. Final order of the Municipal Court affirmed, with costs.

CONKLIN, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Oscar R. Conklin against the New York, Ontario & Western Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

CONTINENTAL INS. CO., v. REEVE et al. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by the Continental Insurance Company against Julia B. Reeve and others. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 119 N. Y. Supp. 901.

CONTINENTAL INS. CO. v. REEVE et al. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by the Continental Insurance Company against Julia B. Reeve and others. No opinion. Motion to resettle order denied, without costs. See, also, 119 N. Y. Supp. 901.

CONVERY, Respondent, v. SARATOGA TRAP ROCK CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 7, 1910.) Action by John Convery against the Saratoga Trap Rock Company. No opinion. Motion denied. See, also, 119 N. Y. Supp. 1121.

COOPER v. WISSELTHIER et al. (Supreme Court, Appellate Division, First Department. January 28, 1910. Action by Hene Cooper against Jossef Wisselthier and others,